IN RE PROBATE OF THE WILL OF PASQUALINA FIORILLA.

May 30, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. RENE SANTANA.

May 30, 1979.   Petition for certification denied.

RONALD GORDON v. NEW JERSEY STATE PAROLE BOARD.

May 30, 1979.   Petition for certification denied.

GWENDOLYN ANDERSON v. THOMAS PRENDERGAST.

May 30, 1979.   Petition for certification denied.

BOARD OF EDUCATION OF THE TWP. OF MARLBORO v.
KROSS ELECTRICAL CONSTRUCTION.

May 30, 1979.   Petition for certification denied.